MEYER SERLING, Respondent, *v.* HARRY SERLING et al., Appellants.

*Serling* v. *Serling,* 137 App. Div. 930, affirmed.

(Argued June 8, 1911; decided October 3, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 31, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants, his employers.

34

*Frederick T. Pierson* for appellants.

*T. Aaron Levy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.